ERRATA

Quaker Pet Group, LLC v. United States, Court No. 13-00393, Slip Op. 18-9, dated February 12, 2018:

Page 1: On lines 9-10, replace "Office of the Chief Counsel for Trade Enforcement & Compliance, U.S. Department of Commerce, of Washington, DC" with "Office of the Assistant Chief Counsel, International Trade Litigation, U.S. Customs and Border Protection, of New York, NY"

Page 17: On line 7, replace "leases" with "leashes"

February 13, 2018